UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re: )
) Case No. 13-00531-GS
JASON THOMAS SERRANO, )
)
         Debtor. ) Chapter 7
)

**ORDER ON MOTION FOR COURT APPROVAL
OF LOAN MODIFICATION AGREEMENT**

This matter having come before the court upon the motion of creditor PennyMac Holdings, LLC for approval of a loan modification with the debtor (ECF No. 79) (Motion), and the court having considered the Motion and the attachments thereto,

**IT IS ORDERED** that the debtor's Motion for Court Approval of Loan Modification Agreement (ECF No. 79) is GRANTED in part. The debtor may enter into the proposed loan modification with PennyMac Holdings, LLC, but nothing in this order shall be deemed to require the debtor to do so, nor shall this order be construed as approval of the express terms of the agreement at issue.

Dated this 31st day of January, 2019

                                                        /s/ Gary Spraker
                                                        GARY SPRAKER
                                                        United States Bankruptcy Judge

Serve: J. Piranio, Esq.
        M. Severin, Esq.
        Debtor
        N. Jipping, Trustee
        U.S. Trustee
        ECF Participants via NEF
        Case Manager